UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG -6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICARDO R. SILVA
3008 EDRICH WAY
RANDALLSTOWN, MARYLAND 21133
(410)-521-2240

VS.                                              CIVIL ACTION NO.

VINCENT K. SNOWBARGER
INTERIM EXCEUTIVE DIRECTOR
PENSION BENEFIT GUARANTY CORPORATION
1200 K STREET, NW
WASHINGTON, D.C. 20005;

Case: 1:07-cv-01419
Assigned To : Walton, Reggie B.
Assign. Date : 8/6/2007
Description: Employ. Discrim.

MICHELE PILIPOVICH
HUMAN RESOURCES DIRECTOR
PENSION BENEFIT GUARANTY CORPORATION
1200 K STREET, NW
WASHINGTON, D.C. 20005;

RICK LATTIMER
GENERAL ATTORNEY
PENSION BENEFIT GUARANTY CORPORATION
1200 K STREET, NW
WASHINGTON, D.C. 20005

## COMPLAINT

The defendants, Michele Pilipovich and Rick Lattimer, did knowingly and intentionally discriminate and retaliate against the petitioner, by refusing to accrete his duties to a higher position than he currently encumbered after he had provided them had clear evidence that he was performing duties at a higher level and after he had advised them both that their proposed recommendation to the former Executive Director to terminate twenty eight Corporation employees of African American descent might expose the Corporation to serious financial and legal liability.

They further retaliated against him by refusing to consider him for a promotion to a higher level position by initially refusing to advertise and fill a second GS-14 Human Resources Specialist position in the Services Division, which they had prior authorization to fill and had earlier promoted a person to that second GS-14 position, who subsequently resigned from the Corporation. They only advertised the second position after I had advised them that they were discriminating and retaliating against me for the advice and counsel that I had given them, in earnest, in regard to the matter of the twenty- eight African Americans that they proposed to the then Executive Director to terminate.

Further, once the petitioner filed his informal complaint with the EEO Counselor assigned to same, the defendant Michele Pilipovich told the EEO Counselor that she would never promote any employee who filed an EEO complaint, in clear violation of the laws prohibiting retaliation for filing EEO complaints and setting the context for a hostile working environment and for future retaliation against the Petitioner in all aspects of employment, including but not limited to:

> (a) Refusing to agree to a settlement of all claims to the Petitioner's original informal EEO complaint, which had been reached by the petitioner and representatives of the Corporation, under the guidance of two federal mediators, without giving notice to the petitioner, the mediators as to the reasons why the settlement was unsatisfactory to her.

(b) Refusing to allow him to be interviewed for the position of Manager of Employee and Labor Relations (GS-14/15) under the patently false pretext of not interviewing any candidates who were currently at the GS-13 level, even though she did interview a white female candidate who was at the GS-13 level, thereby denying the Petitioner to a equal and fair opportunity to compete for the position.

(c) Refusing to honor the Petitioner with an appropriate Special Achievement Award for his work in securing a Collective Bargaining Agreement between management of the Corporation and the Union representing the employees of the Corporation.

Further, the defendant Rick Lattimer rated the employee at "Meets expectations" in his annual appraisal, denying the Petitioner financial performance awards after the Petitioner had clearly exhibited performance at a higher level.

Further, the defendant Rick Lattimer created even more of a hostile working environment by constantly and continually harassing the Petitioner by sending him Vacancy Announcements of positions elsewhere in the federal government even after the Petitioner asked the defendant to stop sending the vacancy announcements to him.

The defendant Michele Pilipovich continued to retaliate against the Petitioner by influencing his last rating to be at the level of "Meets expectations", further denying him with financial performance awards and a higher level of base pay.

Further, the Defendant Michel Pilipovich continually demeaned the good work and professional character of the Petitioner by, among other things but not limited to, maliciously and knowingly attempting to give undue credit of the Petitioner's performance and achievements to a contractor of the government; allowing the contractor to attend important meetings of the Corporation relevant to all aspects of the Corporation's handling of labor and employee relations and prohibiting the Petitioner from attending those meetings without cause or reason; demanding that the contractor speak or attend all meetings with the Petitioner under the guise that the Defendant had no faith in the Petitioner's ability to convey Corporate Policy.

Further, the Defendant Vince Snowbarger has refused to accept and investigate, on behalf of the Agency, the Petitioner's several notices to the Corporation that he was being retaliated for filing his claim of discrimination.

Whereby the Petitioner now asks for a trial by jury and asks the Court to award him two hundred and fifty thousand ($250,000.00) dollars in compensatory and other damages.

*[signature]*

Ricardo R. Silva
3008 Edrich Way
Randallstown, Md. 21133

**PBGC**
*Protecting America's Pensions*

**Pension Benefit Guaranty Corporation**
1200 K Street, N.W., Washington, D.C. 20005-4026

---

Ricardo R. Silva   )
                   )
                   )
                   )
   Complainant,    )
                   )
      v.           )
                   )
Vincent K. Snowbarger, Interim Director, )
Pension Benefit Guaranty Corporation,    )
EEOC No. 570-2006-00441X                 )
Agency No. PBGC 05-11                    )
_____)

In accordance with 29 C.F.R. § 1614.110(a), this is the final order of the Pension Benefit Guaranty Corporation (PBGC) regarding EEOC No. 570-2006-00441X and PBGC Complaint No. 05-11.

The Complainant alleged discrimination based on race (Black) and sex (male) when:
1) on February 9, 2005, he was informed that he was not selected for one of seven GS-14 positions in the Human Resources Department (HRD);
2) on February 9, 2005, he was informed that his position would not be reviewed for an accretion of duties promotion and;
3) on February 9, 2005, he was informed that his rating for his FY 04 annual performance appraisal was only a "meets expectations."

On March 26, 2007, the Equal Employment Opportunity Commission Administrative Judge (EEOC AJ) issued a decision granting summary judgment in favor of the agency and an order entering judgment. On March 30, 2006, the PBGC's EEO office received the above-referenced decision.

The agency reviewed the entire record, including the investigative file and it is the decision of the PBGC to fully implement the EEOC Administrative Judge's decision.

07 1419
FILED
AUG - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Complainant's Appeal Rights

### Right to file a civil action

If you are dissatisfied with the Agency's final action, you may file a civil action in an appropriate U.S. District Court within **90 calendar days** of your receipt of this decision. If you choose to file a civil action, that action should be captioned: <u>Ricardo R. Silva vs., Vincent K. Snowbarger, Interim Director, Pension Benefit Guaranty Corporation.</u> You may also request the court to appoint an attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security in such circumstances as the court deems just. Your application must be filed within the same **90-day** time period for filing the civil action.

### Appeal to the Equal Employment Opportunity Commission

In lieu of filing a civil action, you may appeal to the Equal Employment Opportunity Commission **within 30 calendar days** of the date of your receipt of the Agency's final action, or, if you are represented by an attorney, **within 30 calendar days** of your attorney's receipt of this action. The appeal must be in writing and filed with the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, DC 20036-0848, or by personal delivery to 1801 L Street NW, 5th Floor, Washington, DC 20507, or facsimile to (202) 663-7022. The Complainant should indicate what he/she is appealing. Any supporting documentation or brief must be submitted to the EEOC **within 30 calendar days** of filing the appeal. A copy of the appeal and any supporting documentation must also be submitted to the Agency's designated representative. In or attached to the appeal to the EEOC, you must certify the date and method which service of the appeal was made on the agency's office.

Failure to file within the 30-day period could result in the EEOC's dismissal of the appeal unless you explain, in writing, extenuating circumstances which prevented filing within the prescribed time limit. In this event, extending the time limit and accepting the appeal will be discretionary with the EEOC.

If you file with the EEOC's Office of Federal Operations, you may thereafter file a civil action in an appropriate U.S. District Court **within 90 calendar days** of your receipt of the Office of Federal Operations' decision. Civil action may also be filed after 180 calendar days of your appeal to the EEOC, if you have not received a notice of final action on your appeal.

*Stephanie L. Holder* (signature)
Stephanie L. Holder
Director, Equal Opportunity and Diversity

5/8/2007
Date

## CERTIFICATE OF SERVICE

I hereby certify that on this 8 day of MAY, 2007, I caused the foregoing Final Agency Action in the matter of the Formal Complaint of Ricardo R. Silva, PBGC Formal EEO Complaint No. 05-11, by Federal Express to:

Darren Margolis, Esq.
Bierer, Margolis & Curtis
Representative of Ricardo R. Silva
926 St. Paul Street
Baltimore, MD. 21202

and to:

Ricardo R. Silva
3743 Oak Avenue
Baltimore, MD. 21207

David Williams
EEO Specialist
Pension Benefit Guaranty Corporation
Room 10803
1200 K Street, NW
Washington, D.C. 20005
(202) 326-4363

cc: EEOC Administrative Law Judge (Richard W. Furcolo)

JS-44
(Rev.1/05 DC)

07-1419
RBW

# CIVIL COVER SHEET

**I (a) PLAINTIFFS** Ricardo R. Silva

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

3008 Edrich Way
Randallstown, Md 21133

**DEFENDANTS** Vincent Snowbarger, Michele Pilipovich & Rick Lattimer Pension Benefit Guaranty Corporation

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Pro Se

Case: 1:07-cv-01419
Assigned To : Walton, Reggie B.
Assign. Date : 8/6/2007
Description: Employ. Discrim.

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY!)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(5)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Failure of Agency to accrete duties; failure to promote and retaliation in violation of Federal EEO statutes. Title VII of the Civil Rights Act of 1964, Civil Rights Act of 1991, 42 USC 2000.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 8,250,000   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE 8/5/07  SIGNATURE OF ATTORNEY OF RECORD _(signature)_ (Pro Se)

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd