UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RICARDO M. SILVA,                   )
                                    )
            Plaintiff,              )
                                    )
      v.                            )    Civil Action No. 07-1419 (RBW)
                                    )
VINCENT SNOWBARGER, et al.,         )
                                    )
            Defendants.             )
                                    )
_____)

**ORDER TO SHOW CAUSE**

Ricardo M. Silva, the plaintiff in this civil suit, seeks to recover $250,000 "in compensatory and other damages" for unlawful discrimination and retaliatory conduct pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2000e-17 (2000). Complaint at 4. Pursuant to Federal Rule of Civil Procedure 4, the plaintiff must serve the summons and a copy of his complaint on the defendants in the manner prescribed by the rule within 120 days of the filing of his complaint. Fed. R. Civ. P. 4(a), 4(m). "If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Id. at 4(m).

The plaintiff filed his complaint on August 6, 2007. The deadline for the plaintiff to serve the defendants expired on December 4, 2007, yet the plaintiff has not filed his proof of service in the manner required by Rule 4. It is therefore

1

**ORDERED** that the plaintiff show cause in writing on or before January 7, 2008, why the Court should not dismiss his complaint sua sponte without prejudice and close this case absent the filing of proof of properly executed service of process on the defendants.

**SO ORDERED** this 10th day of December, 2007.

REGGIE B. WALTON
United States District Judge