UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


RICARDO R. SILVA

Vs.                                         CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

AFFIDAVIT OF SERVICE

I, Ricardo R. Silva, hereby declare that on the 30th day November 2007, I mailed a copy of the summons and complaint, certified mail returned receipt requested to Mr. Jeffrey A. Taylor, U.S. Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

[Attached certified mail return receipt (PS Form 3811) addressed to Mr. Jeffrey A. Taylor, U.S. Attorney for the District of Columbia, 4th Floor, 501 Third St NW, Washington, D.C. 20530. Article Number: 7007 0220 0002 5055 0625. Signed and dated DEC 0 5 2007.]

Ricardo R. Silva
3008 Edrich Way
Baltimore, Maryland 21133
(410)-521-2240