UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO R. SILVA

Vs.                                         CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

AFFIDAVIT OF SERVICE

I, Ricardo R. Silva, hereby declare that on the 30th day November 2007, I mailed a copy of the summons and complaint, certified mail returned receipt requested to Mr. Michael B. Muskasey, U.S. Attorney General. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] X   ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. Michael B. Muskasey<br>U.S. Attorney General<br>Room B-103<br>950 Pennsylvania Av, NW<br>Washington, DC. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 0220 0002 5055 0632 | |
| PS Form 3811, February 2004   Domestic Return Receipt         102595-02-M-1540 | |

[signature]
Ricardo R. Silva
3008 Edrich Way
Baltimore, Maryland 21133
(410)-521-2240