UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICARDO R. SILVA

vs.                                                      CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

**PLAINTIFF RICARDO SILVA'S RESPONSE TO ORDER TO SHOW CAUSE**

By order entered on the 10th day of December, the Court ordered Plaintiff to Show Cause with respect to whether he had served Defendants with a copy of Plaintiff's Complaint and Summons in accordance with Rule 4(a) and Rule 4 (m) of the Federal Rules of Civil Procedure.

Plaintiff's Complaint was filed on August 6, 2007 and under Rule 4(a) and Rule 4 (m) he has 120 days, or until December 4, 2007 in which to serve the Defendant federal agency. Plaintiff did so on November 30, 2007 and filed Affidavits reflecting receipt of said service with the Court on December 13, 2007. See Attached Affidavits re service by certified mail on Mr. Jeffrey Taylor, United States Attorney for the District of Columbia; Michael B. Muskasey, United States Attorney General and re service by hand delivery on November 30, 2007 on Richard Lattimer, Vincent Snowbarger, Charles Millard, and Michele Pilipovich of the Pension Benefit Guaranty Corporation as acknowledged by Donald Beasley, Human Resources Assistant, HR Business Center, Human Resources Department, Pension Benefit Guaranty Corporation, 1200 K Street, N.W., Washington, D.C. 2005

Plaintiff respectfully submits that it has executed service as required under Rule 4. (a) and Rule 4. (m).

Respectfully,

Ricardo R. Silva
3008 Edrich Way
Baltimore, Maryland 21133
410 521-2240

**Plaintiff (Proceeding Pro Se)**

I hereby certify that on this 21st day of December copies of the foregoing Plaintiff's Response to Order to Show Cause was served upon the following by certified U.S. Postal first class mail, postage prepaid:

> Judith Starr, General Counsel
>
> Pension Benefit Guaranty Corporation
>
> 12th Floor
>
> 1200 K. Street, N.W.
>
> Washington, D.C. 20005

_____

Ricardo R. Silva
3008 Edrich Way
Baltimore, Maryland 21133
410 521-2240

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RICARDO R. SILVA

Vs.                                            CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

## AFFIDAVIT OF SERVICE

I, Ricardo R. Silva, hereby declare that on the 30th day November 2007, I hand delivered a copy of the summons and complaint to Vincent Snowbarger. Attached hereto is an ACKNOWLEDGMENT OF SERVICE, signed by Donald Beasley on behalf of the PBGC HRD Business Center, located in Suite 120 of the Headquarters of the Pension Benefit Guaranty Corporation, acknowledging service.

Ricardo R. Silva
3008 Edrich Way
Baltimore, Maryland 21133
(410)-521-2240

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO R. SILVA

vs.                                            CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

ACKNOWLEDGEMENT OF SERVICE

I, *Donald Beasley*, hereby declare that on the 30th day of November, 2007, I acknowledge receipt of the hand-delivered copy of the summons and complaint to Mr. Vincent Snowbarger, c/o Wendy Cottrell, Acting Manager, HRD Business Center, PBGC.

*Donald Beasley*
On behalf of the HRD Business Center
1200 K. Street, NW.
Washington, D.C 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO R. SILVA

Vs.                                    CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

AFFIDAVIT OF SERVICE

I, Ricardo R. Silva, hereby declare that on the 30th day November 2007, I hand delivered a copy of the summons and complaint to Richard Lattimer. Attached hereto is an ACKNOWLEDGMENT OF SERVICE, signed by Donald Beasley on behalf of the PBGC HRD Business Center, located in Suite 120 of the Headquarters of the Pension Benefit Guaranty Corporation, acknowledging service.

Ricardo R. Silva
3008 Edrich Way
Baltimore, Maryland 21133
(410)-521-2240

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO R. SILVA

vs.                                        CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

ACKNOWLEDGEMENT OF SERVICE

I, *Donald Beasley*, hereby declare that on the 30th day of November, 2007, I acknowledge receipt of the hand-delivered copy of the summons and complaint to Mr. Richard Lattimer, c/o Wendy Cottrell, Acting Manager, HRD Business Center, PBGC.

*Donald Beasley*
On behalf of the HRD Business Center
1200 K. Street, NW.
Washington, D.C 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


RICARDO R. SILVA


Vs.                                          CIVIL ACTION NO. 07-1419 (RBW)


VINCENT SNOWBARGER, et al.

AFFIDAVIT OF SERVICE

I, Ricardo R. Silva, hereby declare that on the 30th day November 2007, I hand delivered a copy of the summons and complaint to Michele Pilipovich. Attached hereto is an ACKNOWLEDGMENT OF SERVICE, signed by Donald Beasley on behalf of the PBGC HRD Business Center, located in Suite 120 of the Headquarters of the Pension Benefit Guaranty Corporation, acknowledging service.


Ricardo R. Silva
3008 Edrich Way
Baltimore, Maryland 21133
(410)-521-2240

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO R. SILVA

vs.                                           CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

ACKNOWLEDGEMENT OF SERVICE

I, _Donald Beasley_, hereby declare that on the 30th day of November, 2007, I acknowledge receipt of the hand-delivered copy of the summons and complaint to Ms. Michele Pilipovich, c/o Wendy Cottrell, Acting Manager, HRD Business Center, PBGC.

_____

_/s/ Donald Beasley_
On behalf of the HRD Business Center
1200 K. Street, NW.
Washington, D.C 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO R. SILVA

Vs.                                                                 CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

AFFIDAVIT OF SERVICE

I, Ricardo R. Silva, hereby declare that on the 30th day November 2007, I hand delivered a courtesy copy of the summons and complaint to Charles Millard. Attached hereto is an ACKNOWLEDGMENT OF SERVICE, signed by Donald Beasley on behalf of the PBGC HRD Business Center, located in Suite 120 of the Headquarters of the Pension Benefit Guaranty Corporation, acknowledging service.

Ricardo R. Silva
3008 Edrich Way
Baltimore, Maryland 21133
(410)-521-2240

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


RICARDO R. SILVA

vs.                                              CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

ACKNOWLEDGEMENT OF SERVICE


I, _Donald Beasley_, hereby declare that on the 30th day of November, 2007, I acknowledge receipt of the hand-delivered courtesy copy of the summons and complaint to the Mr. Charles Millard, c/o Wendy Cottrell, Acting Manager, HRD Business Center, PBGC.

_____
*Donald Beasley*
On behalf of the HRD Business Center
1200 K. Street, NW.
Washington, D.C 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO R. SILVA

Vs.                                          CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

AFFIDAVIT OF SERVICE

I, Ricardo R. Silva, hereby declare that on the 30th day November 2007, I mailed a copy of the summons and complaint, certified mail returned receipt requested to Mr. Michael B. Muskasey, U.S. Attorney General. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Mr. Michael B. Muskasey<br>U.S. Attorney General<br>Room B-103<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 0220 0002 5055 0632 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

Ricardo R. Silva
3008 Edrich Way
Baltimore, Maryland 21133
(410)-521-2240

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO R. SILVA

Vs.                                          CIVIL ACTION NO. 07-1419 (RBW)

VINCENT SNOWBARGER, et al.

AFFIDAVIT OF SERVICE

I, Ricardo R. Silva, hereby declare that on the 30th day November 2007, I mailed a copy of the summons and complaint, certified mail returned receipt requested to Mr. Jeffrey A. Taylor, U.S. Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

[Domestic Return Receipt, PS Form 3811, addressed to: Mr. Jeffrey A. Taylor, U.S. Attorney for the District of Columbia, 4th Floor, 501 Third St NW, Washington, D.C. 20530; Article Number: 7007 0220 0002 5055 0625; Received DEC 0 5 2007]

Ricardo R. Silva
3008 Edrich Way
Baltimore, Maryland 21133
(410)-521-2240