UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1419 (RBW) |
| | ) |
| VINCENT K. SNOWBARGER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant in the above-captioned case.

        /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2008, a true and correct copy of the foregoing was served via first class prepaid postage as follows:

**RICARDO R. SILVA**
3008 Edrich Way
Randallstown, Maryland 21133

                                                          /s/
                                        CHRISTOPHER B. HARWOOD