UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, | ) |
|        Plaintiff, | ) |
|    v. | )   Civil Action No. 07-1419 (RBW) |
| VINCENT K. SNOWBARGER, et al., | ) |
|        Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants hereby move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time to respond to Plaintiff's Complaint. Defendants' response is currently due February 4, 2008, and Defendants are requesting an extension to February 29, 2008. At approximately 10:00 a.m. on January 29, 2008, counsel for Defendants left a voice-mail message for Plaintiff (who is appearing pro se) asking whether he would consent to this motion. As of the time of this filing, Plaintiff had not responded to that voice-mail message. The grounds for this motion are as follows:

    1. Counsel for Defendants had expected to file an answer in response to Plaintiff's Complaint. However, counsel for Defendants has recently obtained information that leads him to believe that many, if not all, of Plaintiff's claims are properly subject to a Rule 12 motion to dismiss for, inter alia, failure to exhaust administrative remedies.

    2. Counsel for Defendants has requested that agency counsel provide him with the appropriate documents so that he may confirm that many, if not all, of Plaintiff's claims are in fact subject to a Rule 12 motion. Once counsel for Defendants obtains those documents, he will need additional time to draft a Rule 12 motion. For these reasons, Defendants respectfully

request that their response date to the Complaint be extended to February 29, 2008.

    3. This extension is sought in good faith and not for purposes of delay.

Accordingly, Defendants respectfully request that this Motion for an Enlargement of Time be granted. A proposed order is attached hereto.

                      Respectfully submitted,

                        /s/
                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                      United States Attorney

                        /s/
                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                      Assistant United States Attorney

                        /s/
                      CHRISTOPHER B. HARWOOD
                      Assistant United States Attorney
                      United States Attorney's Office
                      Civil Division
                      555 4th Street, N.W.
                      Washington, D.C. 20530
                      (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of January, 2008, a true and correct copy of the foregoing Motion and the proposed order were served via first class prepaid postage as follows:

**RICARDO R. SILVA**
3008 Edrich Way
Randallstown, Maryland 21133


                                                                  /s/
                                          CHRISTOPHER B. HARWOOD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, | ) |
|          Plaintiff, | ) |
|          v. | )   Civil Action No. 07-1419 (RBW) |
| VINCENT K. SNOWBARGER, et al., | ) |
|          Defendants. | ) |

## **ORDER**

Having considered Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Complaint ("Defendant's Motion"), and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that Defendants' Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendants must file their response to Plaintiff's Complaint by February 29, 2008.

SO ORDERED.

                                                                                      United States District Court Judge

Copy to:

**ECF counsel**

**Ricardo R. Silva**
3008 Edrich Way
Randallstown, Maryland 21133