UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT K. SNOWBARGER, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 07-1419 (RBW) |

**MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants hereby move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time to respond to Plaintiff's Complaint. Defendants' response is currently due February 29, 2008. Defendants are requesting a one-week extension to their response date, so that it would be due March 7, 2008. This is Defendants' second request for an enlargement of time to respond to the Complaint. At approximately 1:00 p.m. on February 25, 2008, the undersigned Assistant United States Attorney (the "undersigned AUSA") left a voice-mail message for Plaintiff (who is appearing pro se) asking whether he would consent to this motion. As of the time of this filing, Plaintiff had not responded to that voice-mail message. The grounds for this motion are as follows:

1. The undersigned AUSA has conferred with agency counsel, and believes that many of Plaintiff's claims are properly subject to a Rule 12 motion to dismiss for failure to exhaust administrative remedies.

2. The undersigned AUSA had planned to obtain and complete his review of all relevant materials regarding the anticipated Rule 12 motion by this time, but has been unable to do so because he has been extremely busy with motion practice and discovery matters in his other

cases. Since the date of Defendants' prior extension request in this case, January 29, 2008, the undersigned AUSA has filed multiple briefs per week (including dispositive motions and replies on dispositive motions), and has propound and responded to multiple discovery requests. Indeed, since January 29, 2008, the undersigned AUSA has not taken a day off (including weekends).

    3. At present, the undersigned AUSA believes that a partial dispositive motion will be successful and will significantly narrow the issues for further proceedings.

    4. The undersigned AUSA does not anticipate making any additional extension requests with respect to Defendants' response to the Complaint.

    5. This extension request is made in good faith and not for purposes of delay.

    Accordingly, Defendants respectfully request that this Motion for an Enlargement of Time be granted. A proposed order is attached hereto.

Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of February, 2008, a true and correct copy of the foregoing Motion and the proposed order were served via first class prepaid postage as follows:

**RICARDO R. SILVA**
3008 Edrich Way
Randallstown, Maryland 21133

                                                      /s/
                                      CHRISTOPHER B. HARWOOD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO R. SILVA,              )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No. 07-1419 (RBW)
                               )
VINCENT K. SNOWBARGER, et al., )
                               )
        Defendants.            )
_____)

## ORDER

Having considered Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Complaint ("Defendant's Motion"), and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that Defendants' Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendants must file their response to Plaintiff's Complaint by March 7, 2008.

SO ORDERED.

                                                     _____
                                                     United States District Court Judge

Copy to:

**ECF counsel**

**Ricardo R. Silva**
3008 Edrich Way
Randallstown, Maryland 21133