UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1419 (RBW) |
| ) | |
| VINCENT K. SNOWBARGER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO
RESPOND TO PLAINTIFF'S COMPLAINT**

On February 25, 2008, Defendants moved, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time to March 7, 2008 to respond to Plaintiff's Complaint. This Court granted that motion early in the afternoon on February 26, 2008. Later that afternoon, Plaintiff (who is appearing pro so) informed the undersigned Assistant United States Attorney (the "undersigned AUSA") that he has scheduled a mediation session with Defendants for March 5, 2008 during which he intends to raise—and hopefully resolve—among other things, the matters underlying the above-captioned action. Plaintiff proposed that Defendants delay responding to his Complaint in this action until after the conclusion of that mediation. The undersigned AUSA agrees that it would be prudent to delay filing a response to Plaintiff's Complaint (which response in all likelihood would take the form of a Rule 12 motion to dismiss) until after the conclusion of the upcoming mediation session. Thus, the parties to the above-captioned action jointly propose the following schedule for further proceedings in this action:

1.  Plaintiff and the undersigned AUSA will confer by telephone on March 6, 2008, at which time Plaintiff will inform the undersigned AUSA whether he intends to continue to pursue the claims he has raised in the above-captioned action.

2. If Plaintiff does not intend to continue to pursue the claims he has raised in the above-captioned action, then, by March 10, 2008, he will so inform this Court.

3. If Plaintiff does intend to continue to pursue the claims he has raised in the above-captioned action, then Plaintiff and the undersigned AUSA will negotiate and, by March 10, 2008, file with this Court a proposed schedule for further proceedings in this action.

In light of the above, the parties to the above-captioned action jointly and respectfully request that this Motion for an Enlargement of Time be granted. A proposed order is attached hereto.

Respectfully submitted,

   /s/                                              /s/
RICARDO R. SILVA                        JEFFREY A. TAYLOR, D.C. BAR # 498610
3008 Edrich Way                             United States Attorney
Randallstown, MD 21133
(410) 521-2240                                /s/
                                             RUDOLPH CONTRERAS, D.C. BAR # 434122
                                             Assistant United States Attorney

                                             /s/
                                             CHRISTOPHER B. HARWOOD
                                             Assistant United States Attorney
                                             United States Attorney's Office
                                             Civil Division
                                             555 4th Street, N.W.
                                             Washington, D.C. 20530
                                             (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1419 (RBW) |
| ) | |
| VINCENT K. SNOWBARGER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

Having considered the Joint Motion for Enlargement of Time for Defendants to Respond to Plaintiff's Complaint (the "Joint Motion"), and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that the Joint Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that:

1. Plaintiff and counsel for Defendants will confer by telephone on March 6, 2008, at which time Plaintiff will inform counsel for Defendants whether he intends to continue to pursue the claims he has raised in the above-captioned action.

2. If Plaintiff does not intend to continue to pursue the claims he has raised in the above-captioned action, then, by March 10, 2008, he will so inform this Court.

3.  If Plaintiff does intend to continue to pursue the claims he has raised in the above-captioned action, then Plaintiff and counsel for Defendants will negotiate and, by March 10, 2008, file with this Court a proposed schedule for further proceedings in this action.

SO ORDERED.

---

United States District Court Judge

Copy to:

**ECF counsel**

**Ricardo R. Silva**
3008 Edrich Way
Randallstown, Maryland 21133