UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1419 (RBW) |
| ) | |
| VINCENT K. SNOWBARGER, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION FOR ENLARGEMENT OF STAY

On February 29, 2008, this Court issued a Minute Order staying the above-captioned action until March 10, 2008 in order to allow the parties to try and resolve their differences through mediation. At that time, a mediation session had been scheduled for March 5, 2008. That mediation session was recently rescheduled for March 11, 2008. Thus, the parties jointly and respectfully request that this Court extend the stay of this action through March 14, 2008. By March 14, 2008, the parties will file a joint status report that sets forth a proposed briefing schedule for any pre-answer dispositive motions or the deadline by which Defendants must answer the Complaint, unless Plaintiff files a voluntary notice of dismissal prior to that date. A proposed order consistent with this motion is attached hereto.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| RICARDO R. SILVA | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| 3008 Edrich Way | United States Attorney |
| Randallstown, MD 21133 | |
| (410) 521-2240 | /s/ |
| | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| | Assistant United States Attorney |

                    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT K. SNOWBARGER, <u>et al.</u>, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-1419 (RBW) |

### **ORDER**

Having considered the Joint Motion for Enlargement of Stay (the "Joint Motion"), and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that the Joint Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that:

1. The above-captioned action is stayed through March 14, 2008.

2. By March 14, 2008, the parties shall file a joint status report that sets forth a proposed briefing schedule for any pre-answer dispositive motions or the deadline by which Defendants must answer the Complaint, unless Plaintiff files a voluntary notice of dismissal prior to that date.

SO ORDERED.

_____
United States District Court Judge

Copy to:

ECF counsel

Ricardo R. Silva
3008 Edrich Way
Randallstown, Maryland 21133