UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT K. SNOWBARGER, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-1419 (RBW) |

**JOINT MOTION FOR ENLARGEMENT OF STAY AND STATUS REPORT**

On March 7, 2008, this Court issued a Minute Order (1) granting the parties' March 7, 2008 Joint Motion for Enlargement of Stay, and (2) staying the above-captioned action until March 14, 2008, to allow the parties to try and resolve their differences through mediation. On March 11, 2008, the parties participated in a mediation session, at which Plaintiff agreed to, inter alia, dismiss this action with prejudice in exchange for—and following—his appointment to a detail at the GS-14 level for a two-year term. The parties anticipate that it will take approximately 90 days to fully execute a formal settlement agreement and implement the settlement. Thus, the parties jointly and respectfully request that this Court extend the stay of this action until June 12, 2008. By June 12, 2008, either (1) Plaintiff will voluntarily move for the dismissal of this action with prejudice; or (2) the parties will file a joint status report indicating when the settlement is likely to be fully implemented and when Plaintiff will likely move for the dismissal of this action.

A proposed order consistent with this motion is attached hereto.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| RICARDO R. SILVA | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| 3008 Edrich Way | United States Attorney |
| Randallstown, MD 21133 | |
| (410) 521-2240 | /s/ |
| | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| | Assistant United States Attorney |

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, | ) |
|         Plaintiff, | ) |
|     v. | ) Civil Action No. 07-1419 (RBW) |
| VINCENT K. SNOWBARGER, et al., | ) |
|         Defendants. | ) |

**ORDER**

Having considered the Joint Motion for Enlargement of Stay (the "Joint Motion"), and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that the Joint Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that:

1.  The above-captioned action is stayed through June 12, 2008.

2.  By June 12, 2008, either (1) Plaintiff will voluntarily move for the dismissal of this action with prejudice; or (2) the parties will file a joint status report indicating when their settlement is likely to be fully implemented and when Plaintiff will likely move for the dismissal of this action.

SO ORDERED.

_____
United States District Court Judge

Copy to:

ECF counsel

Ricardo R. Silva
3008 Edrich Way
Randallstown, Maryland 21133