UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT K. SNOWBARGER, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-1419 (RBW) |

**JOINT MOTION FOR ENLARGEMENT OF STAY AND STATUS REPORT**

On March 11, 2008, Plaintiff and the agency-Defendant in this action (the Pension Benefit Guaranty Corporation) participated in a mediation session at which the parties agreed in principle to a settlement that would resolve, among other of Plaintiff's claims against the agency, those at issue in this litigation. Thereafter, on March 14, 2008, the parties moved this Court to stay this action until June 12, 2008 to allow them to work out the details of and formalize their settlement. On March 17, 2008, this Court granted the parties' motion to stay and ordered that, by June 12, 2008, either (1) Plaintiff will voluntarily move for the dismissal of this action; or (2) the parties will file a joint status report.

Since March 14, 2008, Plaintiff and the agency-Defendant have been working diligently to finalize their settlement. However, to date, they have been unable to do so because they have been unable to agree on whether Plaintiff should receive a fee award as part of the settlement. That said, the parties are now very close to reaching an agreement on the issue of fees, and it appears that a final settlement is imminent. Consequently, the parties jointly and respectfully request that this Court extend the stay of this action for an additional 30 days, through July 14, 2008, to allow them to finalize their settlement. By July 14, 2008, either (1) Plaintiff will

voluntarily move for the dismissal of this action with prejudice; or (2) the parties will file a joint status report. A proposed order consistent with this motion is attached hereto.

Respectfully submitted,

\_\_\_\_\_/s/_____ \_\_\_\_\_/s/_____
RICARDO R. SILVA                        JEFFREY A. TAYLOR, D.C. BAR # 498610
3008 Edrich Way                         United States Attorney
Randallstown, MD 21133
(410) 521-2240                          \_\_\_\_\_/s/_____
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

                                        \_\_\_\_\_/s/_____
                                        CHRISTOPHER B. HARWOOD
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-1419 (RBW) |
| | ) |
| VINCENT K. SNOWBARGER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### **ORDER**

Having considered the Joint Motion for Enlargement of Stay (the "Joint Motion"), and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that the Joint Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that:

1. The above-captioned action is stayed through July 14, 2008.

2. By July 14, 2008, either (1) Plaintiff will voluntarily move for the dismissal of this action with prejudice; or (2) the parties will file a joint status report.

SO ORDERED.

_____
United States District Court Judge

Copy to:

ECF counsel

Ricardo R. Silva
3008 Edrich Way
Randallstown, Maryland 21133