UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>VINCENT K. SNOWBARGER, et al., )<br>)<br>        Defendants. )<br>_____) | Civil Action No. 07-1419 (RBW) |

## JOINT STATUS REPORT

On March 11, 2008, Plaintiff and the agency-Defendant in this action (the Pension Benefit Guaranty Corporation (the "PBGC")) participated in a mediation session at which the parties agreed in principle to a global settlement that would resolve, among other of Plaintiff's claims against the agency, those at issue in this litigation. Thereafter, on March 14, 2008, the parties moved this Court to stay this action until June 12, 2008 to allow them to work out the details of and formalize their settlement. By Minute Order dated March 17, 2008, this Court granted that motion.

On June 12, 2008, the parties moved this Court for an extension of the stay of this action. The parties reported that, since March 14, 2008, they had been working diligently to finalize their settlement, but that they had not yet been able to do so because of a disagreement over whether Plaintiff should receive a fee award as part of the settlement. The parties did, however, report that as of June 12, 2008, a final settlement appeared imminent. By Minute Order dated June 12, 2008, this Court: (1) granted the parties' request for an extension of the stay of this action; (2) ordered that "this case is STAYED unless and until ordered otherwise by the Court"; and (3) ordered the parties to "file a joint status report on or before July 14, 2008."

Pursuant to this Court's June 12, 2008 Minute Order, the parties hereby jointly report that they continue to move toward a final settlement of this action. Settlement papers have been prepared by the PBGC and submitted to Plaintiff's counsel for review. The parties anticipate that a settlement will be finalized within the next two weeks. Thus, if Plaintiff has not entered a notice of voluntary dismissal within the next 30 days (i.e., prior to August 13, 2008), the parties will file a new joint status report on or before that date.

                                          Respectfully submitted,

| /s/ | /s/ |
|---|---|
| RICARDO R. SILVA | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| 3008 Edrich Way | United States Attorney |
| Randallstown, MD 21133 | |
| (410) 521-2240 | /s/ |
| | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | CHRISTOPHER B. HARWOOD |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 307-0372 |