UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO R. SILVA,              ) | |
|                                ) | |
|     Plaintiff,      ) | |
|                                ) | |
|   v.                    ) | Civil Action No. 07-1419 (RBW) |
|                                ) | |
| VINCENT K. SNOWBARGER, et al., ) | |
|                                ) | |
|     Defendants.    ) | |
|                                ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), and by agreement of the parties, Plaintiff Ricardo R. Silva hereby dismisses this civil action and any and all claims asserted therein <u>with prejudice</u>. Each party shall bear its own costs and fees.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| RICARDO R. SILVA | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| 3008 Edrich Way | United States Attorney |
| Randallstown, MD 21133 | |
| (410) 521-2240 | /s/ |
| | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | CHRISTOPHER B. HARWOOD |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 307-0372 |